1  SEYFARTH SHAW LLP
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
   2029 Century Park East, Suite 3300
3  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219

5  Attorneys for Defendant
   UNUM GROUP

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CELESTE PACELLI, | Case No. _____ 723 |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** SC |
| UNUM Group and DOES ONE through FIFTY, inclusive | [Local Rule 3-16] |
| Defendants. | (Contra Costa County Superior Court Case No. C 07-02883) |

LA1 6628248.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 31, 2008

SEYFARTH SHAW LLP

By: *(signature)*
Michael L. Gallion
Eileen C. Zorc

Attorneys for Defendant
UNUM Group

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On the date set forth below, I served the within document(s):

1. Civil Cover Sheet
2. Certification of Interested Entities or Persons
3. Notice of Removal

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Therese M. Lawless (SBN 127341)
Sonya L. Smallets (SBN 226190)
Lawless & Lawless
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Phone: 415.391.7555
Fax: 415.391.4228
tlawless@lawlesssf.com
ssmallets@lawlesssf.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 31, 2008, at Los Angeles, California.

*M.C. Schnoebelen* (signature)

M.C. Schnoebelen

LA1 6687014.1 / 24335-000025