1 | SEYFARTH SHAW LLP
Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2 | Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
2029 Century Park East, Suite 3300
3 | Los Angeles, California 90067-3063
Telephone: (310) 277-7200
4 | Facsimile: (310) 201-5219

5 | Attorneys for Defendant
UNUM GROUP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CELESTE PACELLI, | Case No. C 08-01723 SC |
|---|---|
| Plaintiff, | **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(D)** |
| v. | |
| UNUM Group and DOES ONE through FIFTY, inclusive | (Contra Costa County Superior Court Case No. C 07-02883) |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that on April 1, 2008, Defendant Unum Group filed with the Superior Court in the State of California, County of Contra Costa, its Notice to the State Court of Removal of the above-captioned action and notified Plaintiff of the removal, in compliance with 28 U.S.C. Section 1446(d).

//
//
//
//

LA1 6686786.1 / 24335-000025

NOTICE OF COMPLIANCE
C 08-01723 SC

1  A true and correct copy of the Notice to State Court of Removal is attached hereto,
2  without exhibits, as **Exhibit 1.**

4  DATED:  April_2, 2007                           SEYFARTH SHAW LLP

6                                                  By:  /s/ Eileen C. Zorc
                                                        Michael L. Gallion
7                                                       Eileen C. Zorc

8                                                  Attorneys for Defendant
                                                   UNUM GROUP

LA1 6686786.1 / 24335-000025                 2
NOTICE OF COMPLIANCE
C 08-01723 SC

# Exhibit 1

```
 1  SEYFARTH SHAW LLP
    Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
 2  Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
    2029 Century Park East, Suite 3300
 3  Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
 4  Facsimile: (310) 201-5219

 5  Attorneys for Defendant
    UNUM GROUP
```

**FILED**
APR 01 2008
K. TORRE CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By \_\_\_\_\_ J. HUNTER

## SUPERIOR COURT OF CALIFORNIA

### COUNTY OF CONTRA COSTA   BY FAX

| | |
|---|---|
| CELESTE PACELLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNUM GROUP and DOES ONE through FIFTY, inclusive,<br><br>　　　　Defendant. | Case No. C 07-02883<br><br>**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: December 31, 2007<br>Judge: Honorable Judy S. Craddick<br>Dept./Place: 9 |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 31, 2008, Defendant Unum Group filed with the United States District Court for the Northern District of California a Notice of Removal of the above-captioned action from the Superior Court of the State of California for the County of Contra Costa. Attached hereto as Exhibit 1 is a true and correct copy of that Notice of Removal with its attached exhibits.

LA1 6686760.1 / 24335-000025
NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1   The Superior Court of the State of California for the County of Contra Costa is hereby
2   advised to proceed no further with this matter unless and until the case is remanded.

4   DATED: ~~ECZ March 31~~ April 1, 2008        SEYFARTH SHAW LLP

6   By: /s/ Eileen C. Zorc
        Michael L. Gallion
7       Eileen C. Zorc

8   Attorneys for Defendant
    UNUM GROUP