THERESE M. LAWLESS - Bar # 127341
SONYA L. SMALLETS - Bar # 226190
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 391-7555
Facsimile:   (415) 391-4228
tlawless@lawlesssf.com
ssmallets@lawlesssf.com

Attorneys for Plaintiff
CELESTE PACELLI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CELESTE PACELLI, | ) | No. **C 08-01723 SC** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMAND** |
| vs. | ) | |
| | ) | |
| UNUM GROUP and DOES ONE through FIFTY, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

    Subject to and without waiving her right to bring a motion to remand this case to the Contra Costa County Superior Court, plaintiff hereby demands trial by jury of all issues.

Dated:  April 3, 2008                                                LAWLESS & LAWLESS

                                                   by   /s/_____
                                                      Therese M. Lawless
                                                      Sonya L. Smallets
                                                       Attorneys for Plaintiff