1  THERESE M. LAWLESS - Bar # 127341
   SONYA L. SMALLETS - Bar # 226190
2  LAWLESS & LAWLESS
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Telephone: (415) 391-7555
   Facsimile:  (415) 391-4228
5  tlawless@lawlesssf.com
   ssmallets@lawlesssf.com
6
7  Attorneys for Plaintiff
   CELESTE PACELLI
8

9              UNITED STATES DISTRICT COURT
10         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12 CELESTE PACELLI,            ) No. **C 08-01723 SC**
                               )
13              Plaintiff,     ) **CERTIFICATION OF INTERESTED**
                               ) **ENTITIES OR PERSONS**
14      vs.                    )
                               ) [Local Rule 3-16]
15 UNUM GROUP and DOES ONE through )
16 FIFTY, inclusive,           )
                               )
17              Defendants.    )
                               )
18 ─────────────────────────────

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Dated:  July 7, 2008                                        LAWLESS & LAWLESS

                                        by   *Sonya Smallets*
                                             Therese M. Lawless
                                             Sonya L. Smallets
                                             Attorneys for Plaintiff