UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-1723          SAMUEL CONTI          DATE July 11, 2008
Case Number        Judge

Title: CELESTE PACELLI          vs UNUM GROUP

Attorneys: THERESE LAWLESS          MICHAEL GALLION

Deputy Clerk: T. De Martini     Court Reporter: Joan Columbini

Court   Pltf's   Deft's
(XXX)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff: 3/4/09     Pretrial Statements Due

Case Continued to 5/1/09 @ 10:00 A.M. for Pretrial Conference

Case Continued to 5/4/09 @ 9:30 A.M. for Jury Trial

Case Continued to                for Further Status Conference

Case Continued to 4/3/09 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING:

cc: