UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE PACELLI,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM GROUP, and DOES ONE through FIFTY, inclusive<br><br>    Defendants. | Case No. C 08-01723 SC<br><br>[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE |

The Stipulation Re Dismissal With Prejudice, filed by Plaintiff Celeste Pacelli and Defendant Unum Group, is adopted by the Court.

IT IS ORDERED:

This action shall be dismissed with prejudice forthwith. The Court shall retain jurisdiction for a period of one hundred twenty (120) calendar days to enforce, if necessary, the terms of the Settlement Agreement entered into between the parties. The Clerk of the Court shall enter this case CLOSED at the expiration of said time period, or earlier if jointly notified in writing by the counsel for the parties.

DATED: _____

Parties may resubmit after completion of settlement.

**DENIED**
*/s/ Samuel Conti*
Judge Samuel Conti

LA1 6717547.1 / 24335-000025

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE
— Case No. C 08-01723 SC