```
 1  SEYFARTH SHAW LLP
    Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
 2  Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
    2029 Century Park East, Suite 3300
 3  Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
 4  Facsimile: (310) 201-5219

 5  Attorneys for Defendant
    UNUM GROUP
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE PACELLI, | Case No. C 08-01723 SC |
| Plaintiff, | |
| v. | **STIPULATION RE DISMISSAL WITH PREJUDICE** |
| UNUM GROUP, and DOES ONE through FIFTY, inclusive | |
| Defendants. | |

WHEREAS the Parties have reached settlement in the above matter;

IT IS HEREBY STIPULATED by and between Plaintiff Celeste Pacelli and Defendant Unum Group and the parties' designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: October 9, 2008

LAWLESS & LAWLESS

By: *Sonya Smallets*
Sonya Smallets

Attorneys for Plaintiff
CELESTE PACELLI

LA1 6717545.2 / 24335-000025

| | | |
|---|---|---|
| 1 | DATED: October 1, 2008 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: /s Eileen C. Zorc |
| 4 | | Eileen C. Zorc<br>Attorneys for Defendant<br>UNUM GROUP |

LA1 6717545.2 / 24335-000025  2

STIPULATION RE DISMISSAL WITH PREJUDICE
— Case No. C 08-01723 SC

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On October 10, 2008, I served the within documents:

STIPULATION RE DISMISSAL WITH PREJUDICE

☐ I sent such document from facsimile machine (310) 201-5219 on ****. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

Kevin C. Boyle                           Tel: 818.591.1755
Law Offices of Kevin C. Boyle            Fax: 818.591.1756
4766 Park Granada, Suite 104
Calabasas, CA 91302

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 10, 2008, at Los Angeles, California.

Stella Gardiner

LA1 6726175.6

1
2
3
4
5
6
7
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  CELESTE PACELLI,                    )   Case No. C 08-01723 SC
                                        )
12          Plaintiff,                  )
                                        )
13      v.                              )   [PROPOSED] ORDER RE DISMISSAL
                                        )   WITH PREJUDICE
14  UNUM GROUP, and DOES ONE through    )
    FIFTY, inclusive                    )
15                                      )
            Defendants.                 )
16                                      )
                                        )
17  _____ )

18      The Stipulation Re Dismissal With Prejudice, filed by Plaintiff Celeste Pacelli and

19  Defendant Unum Group, is adopted by the Court,

20      IT IS ORDERED:

21      This action shall be dismissed with prejudice forthwith, pursuant to FRCP 41(a)(1).

22

23  DATED:  10/15/08
                                                    _____
24                                                  Honorable
                                                    United States District Judge
25
                                                    *IT IS SO ORDERED*
                                                    Judge Samuel Conti
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On October 10, 2008, I served the within documents:

## PROPOSED ORDER

☐   I sent such document from facsimile machine (310) 201-5219 on ****. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒   electronically by using the Court's ECF/CM System.

Kevin C. Boyle                    Tel: 818.591.1755
Law Offices of Kevin C. Boyle     Fax: 818.591.1756
4766 Park Granada, Suite 104
Calabasas, CA 91302

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 10, 2008, at Los Angeles, California.

Stella Gardiner

LA1 6726175.6